UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FRANCISCO SOSA

v.                                                          C.A. 08-408ML

ASHBEL T. WALL

## ORDER

The Findings and Recommendation of United States Magistrate Judge David L. Martin dated January 7, 2009 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The respondent's Motion to Dismiss is ruled moot and the petitioner's Motion to Withdraw the Petition under 28 U.S.C. § 2254 is GRANTED and the petition is dismissed without prejudice.

BY ORDER:

_____
Mary M. Lisi
Chief U.S. District Judge
January 30, 2009

Entered as an Order of this Court on January 30, 2009

_____
Deputy Clerk